```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC#
------------------------------------- x         DATE FILED: 11/13/08

AUSTRIAN AIRLINES OESTERREICHISCHE     :
LUFTVERKEHRS AG,
                                       :
            Plaintiff,                          04 Civ. 3854 (LAK) (AJP)
                                       :
    -against-                                   OPINION & ORDER
                                       :
UT FINANCE CORPORATION,
                                       :
            Defendant.
                                       :
------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

By Opinion and Order dated November 3, 2008, I granted defendant UTF's attorneys' fees motion in the amount of $2,951,206.67 in attorneys' fees and $314,464.45 in costs, for a total of $3,265,671.12. See Austrian Airlines Oesterreichische Luftverkehrs AG v. UT Finance Corp., 04 Civ. 3854, 2008 WL 4833025 (S.D.N.Y. Nov. 3, 2008) (Peck, M.J.), familiarity with which is assumed. I also held that under the parties' contract, UTF was entitled to prejudgment interest at 9% on the fees and costs from the dates of payment, but because UTF had incorrectly calculated interest, I required UTF to submit new interest calculations. Id., 2008 WL 4833025 at *11. UTF has now re-calculated the interest and informed the Court that Austrian does "not dispute the [interest] calculations." (Dkt. No. 181: Toriello 11/12/08 Aff. ¶ 4.) Accordingly, the Court awards UTF prejudgment interest on its attorneys' fees (and costs) in the amount of $491,477.53 through

November 10, 2008, plus $12,237 in interest on invoices paid directly by UTF. (See Toriello 11/12/08 Aff. ¶ 2 & Exs. 1-2.)

Accordingly, for the reasons set forth above and in my prior Opinion, UTF is awarded $3,769,385.65 in attorneys' fees, costs and interest, as follows:

| | |
|---|---:|
| Attorneys' Fees | $ 2,951,206.67 |
| Costs | 314,464.45 |
| Prejudgment Interest (Holland & Knight Invoices) | 491,477.53 |
| Additional Prejudgment Interest accrued for invoices paid directly by UTF | 12,237.00 |
| | **$ 3,769,385.65** |

SO ORDERED.

Dated:  New York, New York
November 13, 2008

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to: John M. Toriello, Esq.
Donna F. Mulvihill, Esq.
Judge Lewis A. Kaplan